<hr />

No. 2115.—BANK OF KENTUCKY v. JOHN EAST.

Where a promissory note is prescribed on its face and no interruption is shown, the plea will prevail. Rabel v. Pourciau, 20 An. 131.

APPEAL from the District Court, parish of East Feliciana. *Posey*, J. *McVea & Hunter*, for plaintiff and appellee. *Race, Foster & E. T. Merrick* and *Cross & Hardie* for defendant and appellant.

HOWELL, J. This is a suit instituted in January, 1868, on a promissory note due on the nineteenth January, 1862, to which the defendant set up the prescription of five years.

Prescription accrued on the nineteenth January, 1867, and no legal interruption is shown. C. C. 3505 ; Rabel v. Pourciau, 20 An. 132 ; Smith v. Stewart, lately decided.

It is therefore ordered that the judgment appealed from be reversed and that there be judgment in favor of defendant with costs in both courts.